IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RAYMOND REGINALD PEOPLES, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv89 |
| GREG ABBOTT | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Raymond Reginald Peoples, Jr., proceeding *pro se*, filed the above-styled civil rights lawsuit. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed fo failure to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Plaintiff filed objections to the Report and Recommendation. The court must therefore conduct a *de novo* review of the objections in relation to the pleadings and the applicable law.

The Magistrate Judge correctly concluded that a judgment in plaintiff's favor would necessarily imply the invalidity of his confinement. Under such circumstances, a case must be dismissed unless the plaintiff's confinement has been declared invalid on appeal, expunged by executive order or called into question by the issuance of a writ of habeas corpus. *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Plaintiff asserts his confinement has been called into question by the issuance of a writ of habeas corpus. He refers to a petition for writ of habeas corpus he filed in this court. *Peoples v. Director, TDCJ-CID*, 1:23cv86 (E.D. Tex.). A review of the docket sheet in that matter reveals the petition remains pending. As the petition has not been granted, the validity of plaintiff's confinement has not been called into question by the issuance of a writ of habeas corpus. His claim

is therefore barred by *Heck*.

ORDER

Accordingly, plaintiff's objections [Dkt. 7] are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 5] is **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 9th day of May, 2025.**

Michael J. Truncale
United States District Judge